UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Marvin Bowens-Green, | ) | C/A No.: 4:18-cv-155-TLW-TER |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| Warden Randall Williams, | ) | |
| Respondent. | ) | |

Petitioner, Marvin Bowens-Green (Petitioner), appearing *pro se*, filed his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 19, 2018. (Doc. #1). Respondent filed a motion for summary judgment on April 17, 2018, along with a return and memorandum. (Docs. #15 and #16). The undersigned issued an order filed April 17, 2018, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising Petitioner of the motion for summary judgment procedure. Petitioner has not filed a response.

Petitioner is given five days to file a response to Respondent's motion for summary judgment or his case may be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

June 7, 2018
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge